CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 0 8 2010

JOHN F. CORCORAN, CLERK
BY:
  DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| TERRY GENE MARSHALL, ) | |
| Plaintiff, ) | Civil Action No. 7:09-CV-00489 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| VDOC, et al., ) | By: Samuel G. Wilson |
| Defendants. ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that this action is hereby **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1).[1] Plaintiff's motion for leave to proceed *in forma pauperis* is **DENIED as MOOT**, and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to plaintiff.

**ENTER**: This 8th day of January, 2010

United States District Judge

---

[1] To the extent that Marshall may seek to raise a claim that inmates in special housing units are denied opportunities in violation of their right to equal protection of the laws, this dismissal is without prejudice.